# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| TERRY BURNETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. 14-824-SCW |
| | ) | |
| RANDY GROUNDS, DEE DEE BROOKHART, and SUSAN KERR, | ) | |
| | ) | |
| Defendant(s). | ) | |

## JUDGMENT IN A CIVIL CASE

Defendants Randy Grounds and Dee Dee Brookhart were granted summary judgment on October 4, 2016 by an Order entered by Chief Judge Michael J. Reagan (Doc. 61).

The remaining case is dismissed with prejudice and without costs.

THEREFORE, judgment is entered in favor of Defendants Randy Grounds, Dee Dee Brookhart, and Susan Kerr and against Plaintiff Terry Burnett.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure. These deadlines for motions under Rule 59 cannot be extended by the Court. The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal. This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 12th day of July, 2018

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
Deputy Clerk

Approved by  */s/ Stephen C. Williams*
**United States Magistrate Judge**
**Stephen C. Williams**